In the Matter of the Claim of LOUIS COLE, Respondent, against GOLD MEDAL CONE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial

---

* Revd., 260 N. Y. 396.

Board, on the authority of *Matter of Breital* v. *Hinderstein* (*ante*, p. 203), decided herewith. All concur, except Hill, J., who dissents on the grounds stated by him in *Matter of Breital* v. *Hinderstein* (*ante*, p. 205) decided herewith. McNamee, J., not voting.